■ DANNY GARCIA, an Infant, by His Mother and Natural Guardian, ELBA BELLO, et al., Appellants, v JOSE CRUZ et al., Respondents. [738 NYS2d 613] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Colabella, J.), entered March 1, 2001.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Ritter, J.P., Smith, Krausman and Townes, JJ., concur.